PROB 12B
(7/93)

Report Date: October 9, 2009

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 14 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Lester Thomas Ealy                Case Number: 2:08CR06086-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 9/1/2009                 Type of Supervision: Supervised Release

Original Offense: Failure to Register as a Sex      Date Supervision Commenced: 9/9/2009
Offender, 18 U.S.C. § 2250(a)

Original Sentence: Prison - 287 Days; TSR - 36      Date Supervision Expires: 9/8/2012
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

14    You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

Lester Thomas Ealy was sentenced to 287 days confinement and was released on September 9, 2009, directly to the Franklin County Residential Reentry Center (RRC), to serve up to 180 days. He is scheduled to complete his time on March 5, 2010. At this time Mr. Ealy is not entitled to the benefits of the prerelease component while at the RRC; however he was placed at the RRC primarily because he was homeless, has mental health issues, and needed the opportunity to establish community services again.

This officer respectfully recommends the Court modify condition number 14, and provide the defendant the benefit of the prerelease component. This would allow the defendant to seek housing, and upon finding an approved residence, he may be released with or without electronic home monitoring for the remainder of his RRC time. Mr. Ealy has reapplied for mental health services and will begin counseling soon. It is hopeful that with the assistance of the Benton Franklin Community Action Council and the Department of Social and Health Services Mr. Ealy can secure a residence. This would benefit Mr. Ealy as he can transition into the community upon securing his own housing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 9, 2009

SanJuanita B Coronado
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

10/14/09

Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

15  You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

Witness: _SanJuanita B. Coronado_
U.S. Probation Officer

Signed: _Lester Ealy_
Probationer or Supervised Releasee

_October 8, 2009_
Date