PROB 12C
(7/93)

Report Date: March 17, 2011

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 17 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lester Thomas Ealy          Case Number: 2:08CR06086-001

Address of Offender: Transient

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 9/1/2009

Original Offense: Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence: Prison - 287 Days; TSR - 36 Months          Type of Supervision: Supervised Release

Asst. U.S. Attorney: Alexander Carl Ekstrom          Date Supervision Commenced: 9/9/2009

Defense Attorney: Rick Lee Hoffman          Date Supervision Expires: 9/8/2012

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

**Supporting Evidence**: Lester Ealy is a homeless, level 1 sex offender, who is required to report in person to the U.S. Probation office within the first five days of each month and complete a written monthly report form. Mr. Ealy has also been instructed to contact this officer by telephone on a weekly basis to discuss his whereabouts, supervision conditions, and status.

Mr. Ealy was required to report to the U.S. Probation office between March 1 through 4, 2011. He failed to report and did not contact this officer. Mr. Ealy failed to report the following week as well, and on March 10, 2011, this officer attempted to contact him via telephone and discovered Mr. Ealy's number had been disconnected. This officer contacted Mr. Ealy's relative, April Still, who advised she had recently been in contact with Mr. Ealy and she would notify him to report in person to the probation office or to call me. She also indicated she was unsure where he was staying, but believed it was somewhere in Pasco, Washington.

Prob12C
Re: Ealy, Lester Thomas
March 17, 2011
Page 2

On March 14, 2011, this officer had not yet heard from Mr. Ealy and again contacted Ms. Still. She indicated she had advised Mr. Ealy to report. She also mentioned he had been "online," on the computer early that day. She stated she would again remind him to contact me. As of this date, Mr. Ealy has not contacted this officer and his whereabouts are unknown as he is homeless.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/17/2011

s/SanJuanita B. Coronado

SanJuanita B Coronado
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer   on behalf of Hon. R.J. Whaley.

3/17/11
Date