PROB 12C
(7/93)

Report Date: September 26, 2013

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lester Thomas Ealy            Case Number: 0980 2:08CR06086-001

Address of Offender: No fixed address-transient, Kennewick, Washington 99336

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 1, 2009

| | | |
|---|---|---|
| Original Offense: | Failing to Register as a Sex Offender, 18 U.S.C. § 2550(a) | |
| Original Sentence: | Prison 287 days; TSR - 36 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alexander Carl Ekstrom | Date Supervision Commenced: May 12, 2011 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: March 11, 2014 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Lester Ealy is considered in violation of his supervised release as he has failed to report to U.S. Probation as instructed since September 6, 2013. Mr. Ealy advised this officer on that date that he was homeless. He was instructed to report weekly to notify this officer of his whereabouts. He was specifically told to contact this officer on September 12, 2013. He failed to do so. Mr. Ealy then failed to contact this officer the following week to check in. This officer was able to contact the defendant, via his friend's home telephone number, on September 24, 2013. He was told to contact me the following day after check in with the Benton County Sheriff's Office. Mr. Ealy failed to contact the sheriff's office as instructed and has not contacted this officer as instructed. Currently his whereabouts are unknown.
2 | **Special Condition # 18**: You shall live at an approved residence and shall not change your living situation without advanced approval of the supervising officer.<br><br>**Supporting Evidence**: Mr. Ealy is considered in violation of his term of supervised release as he has changed his living situation on or before September 2, 2013 without advanced approval from his supervising officer.

Mr. Ealy reported to this officer on September 6, 2013, and stated he was homeless since September 2, 2013, for personal reasons. After discussing the circumstances, Mr. Ealy stated he decided to move out of the 216 E. 1st Place Apt. D, Kennewick, Washington, address because he was tired of waiting for the landlord to fix up the place. He chose to leave and be homeless. This was done without prior approval from this officer.

Additionally, this officer spoke with Steve Gaulk, the director of Therapeutic Innovations and Recovery, which assisted the defendant in obtaining the apartment. Mr. Gaulk advised this officer that Mr. Ealy stayed at the aforementioned address for less than a month and moved out. He slept in the company truck and then stayed with a friend at the Thunderbird Motel in Pasco, Washington, for about a month. The defendant did not disclose this to this officer and did not get prior approval for any of these changes in residence.

3   **Special Condition # 18**: You shall register as a sex offender, according to the laws of the state in which you reside, are employed, or are attending school. You shall provide verification of compliance with this requirement to the supervising officer.

**Supporting Evidence**: Mr. Ealy is considered in violation of his term of supervised release as he has failed to register with the Benton County Sheriff's Office as instructed and required since September 6, 2013.

Mr. Ealy reported to this officer on September 6, 2013, and advised that he had moved from his residence and was now homeless. He stated he had not yet registered as homeless with the Benton County Sheriff's Office despite knowing he had 72 hours to do so after moving. The defendant was instructed to report to the Benton County Sheriff's Office on Monday, September 9, 2013, to register. The defendant failed to do so.

This officer contacted the defendant on September 24, 2013, and confirmed he had not yet registered his homeless status. He stated he had not done so because he was busy and he would register on September 25, 2013. He was instructed to contact me after he registered and was advised he was in violation for failing to register as required. Mr. Ealy stated he would just tell the Sheriff's officer that he became homeless "yesterday." This officer advised the defendant that was unacceptable and notification would be provided to the Benton County Sheriff's Office that he had been homeless since at least September 2, 2013. Verification was obtained from the Benton County Sheriff's Office on September 26, 2013, confirming Mr. Ealy did not report to register, and charges for failing to register were going to be filed.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/26/2013

s/SanJuanita B. Coronado

SanJuanita B Coronado
U.S. Probation Officer

Prob12C
**Re: Ealy, Lester Thomas**
**September 26, 2013**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*s/Robert H. Whaley*
Signature of Judicial Officer

September 27, 2013
Date